**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| HAPPINESS A. GILL, ) | Case No. 1:10-CV-00848-RLY-DML |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Happiness A. Gill and defendant, Midland Credit Management, Inc. ("MCM"), by their respective counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action against defendant, MCM, with prejudice, with each party bearing its own respective costs and expenses, including but not limited to attorneys' fees.

JOHN STEINKAMP AND ASSOCIATES

By: __/s/ *John T. Steinkamp*__
John T. Steinkamp, Attorney for Plaintiff

John T. Steinkamp
John Steinkamp and Associates
6229 South East Street, Suite A
Indianapolis, IN 46227
steinkamplaw@yahoo.com

FROST BROWN TODD LLC


By: */s/ Dean R. Brackenridge*
Dean R. Brackenridge, #18543-49
Michael A. Rogers, #28038-29
Attorneys for Defendant,
Midland Credit Management, Inc.



Dean R. Brackenridge
Michael A. Rogers
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
dbrackenridge@fbtlaw.com
mrogers@fbtlaw.com


1004600v1